```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 04 B 45262
   CAMERON LERONE WILLIAMS
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-7763

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/09/2004 and was confirmed 02/16/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 10/26/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID            PAID
-----------------------------------------------------------------------
HOMECOMINGS FINANCIAL    CURRENT MORTG     43813.22            .00          43813.22
HOMECOMINGS FINANCIAL    MORTGAGE ARRE     13532.51            .00          13532.51
AMERICAN GENERAL FINANCE SECURED             600.00          64.54            600.00
AMERICAN GENERAL FINANCE UNSEC W/INTER       236.06          35.03            236.06
CITI GROUP               SECURED            4000.00         595.00           4000.00
DEUTSCHE BANK TRUST COMP UNSEC W/INTER    NOT FILED            .00               .00
HOMECOMING               NOTICE ONLY      NOT FILED            .00               .00
HOMECOMINGS FINANCIAL    NOTICE ONLY      NOT FILED            .00               .00
CAPITAL ONE              UNSEC W/INTER    NOT FILED            .00               .00
PETER FRANCIS GERACI     DEBTOR ATTY       2,700.00                          2,700.00
TOM VAUGHN               TRUSTEE                                             3,633.29
DEBTOR REFUND            REFUND                                             10,522.07

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             79,731.72

PRIORITY                                      .00
SECURED                                 61,945.73
    INTEREST                               659.54
UNSECURED                                  236.06
    INTEREST                                35.03
ADMINISTRATIVE                           2,700.00
TRUSTEE COMPENSATION                     3,633.29
DEBTOR REFUND                           10,522.07
                    ---------------    ---------------
TOTALS              79,731.72           79,731.72
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 45262 CAMERON LERONE WILLIAMS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```